**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03187-RPM-MJW

BRUCE BROWN,

       Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, a Delaware limited partnership,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

      THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.


      BY THE COURT:

      s/Richard P. Matsch

December 20, 2012

_____

DATE                    Richard P. Matsch, Senior District Judge